UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SAMANTHA LETSON**                                                                                  **PLAINTIFF**

V.                                      NO. 3:20CV00083-JTR

**COMMISSIONER of
SOCIAL SECURITY ADMINISTRATION**                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 16th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE